```
THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
MARCUS M. KERNER
Assistant United States Attorney
California State Bar No. 107014
     411 West Fourth Street, Suite 8000
     Santa Ana, California 92701
     Telephone: (714) 338-3532
     Facsimile: (714) 338-3523
     e-mail   : marcus.kerner@usdoj.gov

Attorneys for Defendants
```

JS-6.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 24 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JANE MARIE MULVEY; MOHSEN DAVOUDI, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL B. MUKASEY[1], Attorney General, Department of Justice, etc., et al., <br><br> Defendants. | No. SA CV 07-820-CJC(RNBx) <br><br> [PROPOSED] <br><br> ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE <br><br> [FRCP 41(a)(1)] |

UPON THE STIPULATION OF THE PARTIES, pursuant to Federal Rule of Civil Procedure 41(a)(1), this action is dismissed with prejudice,

///

///

---

[1] Michael B. Mukasey, Attorney General of the United States, is automatically substituted for former Attorney General Peter D. Keisler pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure.

each side to bear their own costs and attorneys fees.

Dated this _____15th_____ day of _____February_____, 2008.

_____
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

/S/ MMK
_____
MARCUS M. KERNER
Assistant United States Attorney

Attorneys for Defendants

2